The order below is hereby signed.

Signed: July 6 2011



_____

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                            )
                                 )    Case No. 11-00094
TERRY S. BOYKIE,                 )    (Chapter 7)
                                 )
              Debtor.            )    **Not for publication in**
                                 )    **West's Bankruptcy Reporter**

MEMORANDUM DECISION AND ORDER GRANTING
DEBTOR'S REQUEST TO WAIVE FILING FEE

The debtor has filed with the court a letter requesting

reconsideration of the court's February 11, 2011, Order denying

the debtor's application to waive the filing fee (Dkt. No. 35).

I denied the application because the debtor's monthly income

exceeded the threshold required for waiver.  Thereafter, the

debtor filed his schedules which disclosed income of $1,330.33

per month in unemployment assistance payments (Dkt. No. 25), an

amount below the threshold required for waiver.  Moreover, the

debtor's June 8, 2011, letter further indicates that the debtor

has received no public assistance since April 29, 2011, and that

only $254 remains in his bank account, an amount insufficient to

cover his rent for July and other expenses.  The trustee has

entered a report of no distribution, the debtor has completed his

post-petition course concerning financial management, and the

unpaid filing fee is the only thing preventing the debtor from

receiving his discharge.

The debtor's initial application having erroneously stated

his income as exceeding the poverty guidelines' threshold

required for waiver, the debtor's schedules now reflecting that

his income is below this amount, the debtor having received no

unemployment assistance since April 29, 2011, the debtor's June

8, 2011, letter reflecting that his expenses exceed his income,

and no party in interest having filed in opposition to the

debtor's letter, it is

ORDERED that the debtor's request to waive the filing fee

(Dkt. No. 35) is GRANTED.

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Chapter 7 Trustee; Office
of United States Trustee.